# No. 18-1545

# United States Court of Appeals for the First Circuit

DAVID SETH WORMAN; ANTHONY LINDEN; JASON WILLIAM SAWYER; PAUL NELSON CHAMBERLAIN, GUN OWNERS' ACTION LEAGUE, INC.; ON TARGET TRAINING, INC.; OVERWATCH OUTPOST,
*Plaintiffs-Appellants,*

NICHOLAS ANDREW FELD,
*Plaintiff,*

*v.*

MAURA T. HEALEY, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; DANIEL BENNETT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY; COLONEL KERRY GILPIN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE MASSACHUSETTS STATE POLICE,
*Defendants-Appellees*,

CHARLES D. BAKER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS; MASSACHUSETTS STATE POLICE,
*Defendants*.

ON APPEAL FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**ASSENTED-TO MOTION OF STOP HANDGUN VIOLENCE; MA COALITION TO PREVENT GUN VIOLENCE; AND MASSACHUSETTS GENERAL HOSPITAL GUN VIOLENCE PREVENTION COALITION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS-APPELLEES**

Ben T. Clements (First Circuit # 30192)
CLEMENTS & PINEAULT, LLP
24 Federal Street
Boston, MA  02110
857-445-0134
bclements@clementspineault.com
*Counsel for Amici Curiae*

Pursuant to Fed. R. App. P. 27 and 29, Stop Handgun Violence, the MA Coalition to Prevent Gun Violence, and the Massachusetts General Hospital Gun Violence Prevention Coalition (collectively "amici") respectfully request leave to file the attached proposed amicus curiae brief. Counsel for all parties have assented to the filing of this brief. In support of their motion, the amici state as follows:

1. Amici are non-profit organizations that believe the Massachusetts ban on assault weapons and large capacity magazines (the "assault weapons ban") is constitutional, deters and prevents mass shootings in the Commonwealth of Massachusetts, has reduced mass shootings and mass shooting fatalities, and has helped to shield the Commonwealth and its citizens from the tremendous societal costs of mass shootings. Preventing and reducing mass shootings and their resulting personal and societal devastation is central to the mission of each amici. The accompanying proposed brief sets forth amici's position succinctly and clearly, bringing to the Court's attention in just 15 pages arguments and perspectives that have not been addressed in any other briefs submitted on this appeal. The amici therefore believe the proposed brief would assist the Court in deciding this appeal and its acceptance would not prejudice any party to the appeal.

2. Stop Handgun Violence (SHV) is a non-profit, tax-exempt organization founded in 1994. SHV works to prevent firearm violence through

public awareness, education, policy advocacy and law enforcement strategies – without a wholesale ban on guns. Since 1994, Massachusetts has passed the most comprehensive gun laws in the nation, including the ban on assault weapons and large-capacity magazines that is the subject of this litigation. During that time, there has been a drastic reduction in gun injuries, homicides and accidents in the Commonwealth. Massachusetts's gun violence prevention efforts are a model for the nation. SHV has a particular interest in this litigation because it was a leading advocate for the Massachusetts Gun Control Act of 1998 (Chapter 180), the assault weapons and large-capacity magazine portions of which are the subject of this appeal.

3. The MA Coalition to Prevent Gun Violence (MACPGV), founded in 2013, brings together civic and religious organizations and institutions across Massachusetts to end the epidemic of gun violence that plagues our communities and takes the lives of so many of our citizens. Its more than 65 member organizations include: League of Women Voters of MA, the Mass General Hospital Gun Violence Prevention task force, Grandmothers Against Gun Violence, the American Federation of Teachers-MA, Jane Doe Inc., Casa Myrna, the Greater Boston Interfaith Organization, the Jewish Alliance for Law and Social Action and the Louis D. Brown Peace Institute.

4. The Massachusetts General Hospital Gun Violence Prevention Coalition (MGHGVPC) is a multi-disciplinary organization dedicated to preventing firearm-related violence and promoting safety in the homes and communities of the patients that it serves through education, community engagement and research. MGHGVPC believes that scientific data demonstrate that banning assault weapons and large capacity magazines serves to reduce gun violence. It has a particular interest in this litigation because it is exposed to and addresses on a first-hand basis the horrific damage caused by gun violence.

5. Although Fed. R. App. P. 29(a)(6) indicates that amicus briefs are to be filed within 7 days of the principal brief, this Court may grant leave for later filing. Such leave is appropriate here because: (a) argument has not yet been scheduled in this case and the filing of the amicus brief will not delay the hearing or disposition of this case; (b) all parties have consented to the filing of the amicus brief and none will be unfairly prejudiced by the late filing; and (c) the proposed amicus brief will assist the Court in deciding this appeal.

For the reasons stated above, amici respectfully request that the Court grant this assented-to Motion and accept the attached brief for filing.

Dated: November 30, 2018                                  Respectfully submitted,

/s/ *Ben T. Clements*
Ben T. Clements
(First Circuit Bar No. 30192)
CLEMENTS & PINEAULT, LLP
24 Federal Street
Boston, MA  02110
Phone: 857-445-0134
Fax: 857-366-5404
bclements@clementspineault.com

*Counsel for Amici Curiae Stop Handgun Violence, the MA Coalition to Prevent Gun Violence, and the Massachusetts General Hospital Gun Violence Prevention Coalition*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS AND TYPE STYLE REQUIREMENTS

1.  This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 640 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

2.  This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because the motion has been prepared in a proportionally spaced typeface using Microsoft Word in a 14 point Times New Roman font.

Dated: November 30, 2018                    Respectfully submitted,

/s/ *Ben T. Clements*
Ben T. Clements
(First Circuit Bar No. 30192)
CLEMENTS & PINEAULT, LLP
24 Federal Street
Boston, MA  02110
Phone: 857-445-0134
Fax: 857-366-5404
bclements@clementspineault.com

*Counsel for Amici Curiae Stop Handgun Violence, the MA Coalition to Prevent Gun Violence, and the Massachusetts General Hospital Gun Violence Prevention Coalition*

## CERTIFICATE OF FILING AND SERVICE

I, Ben T. Clements, hereby certify that, on November 30, 2018 the foregoing ASSENTED-TO MOTION OF STOP HANDGUN VIOLENCE; MA COALITION TO PREVENT GUN VIOLENCE; AND MASSACHUSETTS GENERAL HOSPITAL GUN VIOLENCE PREVENTION COALITION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS-APPELLEES was filed through the NextGen system and thereby served electronically on the parties in the case.

/s/ *Ben T. Clements*
Ben T. Clements