# United States Court of Appeals
## For the First Circuit

No. 18-1545

DAVID SETH WORMAN; ANTHONY LINDEN; JASON WILLIAM SAWYER; PAUL NELSON CHAMBERLAIN; GUN OWNERS' ACTION LEAGUE, INC.; ON TARGET TRAINING, INC.; OVERWATCH OUTPOST

Plaintiffs - Appellants

NICHOLAS ANDREW FELD

Plaintiff

v.

MAURA HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts; DANIEL BENNETT, in his official capacity as the Secretary of the Executive Office of Public Safety and Security; KERRY GILPIN, in her official capacity as Superintendent of the Massachusetts State Police

Defendants - Appellees

CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts; MASSACHUSETTS STATE POLICE

Defendants

### ORDER OF COURT

Entered: December 11, 2018

    Movants Stop Handgun Violence; MA Coalition to Prevent Gun Violence; and Massachusetts General Hospital Gun Violence Prevention Coalition's motion for leave to file an amicus brief in support of appellees out of time is granted.

By the Court:

Maria R. Hamilton, Clerk

cc:
William W. Porter
Gary Klein
Jeffrey Thomas Collins
Julia Eleanor Kobick
Elizabeth A. Kaplan
James Wallace Porter III
James Michael Campbell
Richard Paul Campbell
Eric M. Apjohn
John Parker Sweeney
Marc A. Nardone
Tara Sky Woodward
John Ohlendorf
Peter A. Patterson
David H. Thompson
Dan M. Peterson
Carl D. Michel
Sean A. Brady
Anna M. Barvir
Ilya Shapiro
Joseph Greenlee
David B. Kopel
Matthew Larosiere
Trevor Burrus
James M. Murray
J. Adams Skaggs
Hannah Shearer
Jonathan K. Baum
Mark T. Ciani
Michael Patrick Moore Jr.
Vanessa Arslanian
Laura E. Stafford
Kimberly A. Mottley
Mariel Goetz
Deepak Gupta
Jonathan Taylor
Eric Tirschwell
William J. Taylor Jr.
Mark Anthony Frassetto
Albert W. Wallis
Elizabeth A. Ritvo
Kenneth A. Sweder
Tristan G. Axelrod
Glenn J. Moramarco
Jeremy Feigenbaum

Gurbir S. Grewal  
Andrew J. Bruck  
Xavier Becerra  
George Jepsen  
Matthew P. Denn  
Russell A. Suzuki  
Tom Miller  
Ellen F. Rosenblum  
Josh Shapiro  
Brian E. Frosh  
Peter F. Kilmartin  
Mark R. Herring  
Thomas J. Donovan Jr.  
Robert W. Ferguson  
Karl A. Racine  
Ben T. Clements